Case 4:24-cv-00018-DC   Document 1   Filed 04/08/24   Page 1 of 2

Federal courts
Pecos, Texas

FILED
April 08, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: Aida Baeza
DEPUTY

P-24-cv-00018

{URH}PRINCEGEORGECROWLINGJENNINGS       city: monahans
   vs.                                  state: texas
WARD COUNTY                             county: ward

    I would like to file a complaint of injustice as well as a violation of Indigenous rights. I'm filing this complaint Pro'se, invoking my right to Jennings reservations, while seeking a lawyer be placed on claim Pro'bono.

    Officials in monahans texas have my finger prints as well as state I.d that reads "British Souvirgnty", and slids threw data base giving authorities all proof needed to show that courts in ward county have no juristriction to prosicute, yet try to prosicute me in the same court room that they file tort claims against me in.

    Im seeking restitution as well as loss wages be paid for every day that I've ever been incarcerated in ward county since 2018, As well as asking for a federal investigation be launched against ward county for not only the ongoing conspiracy that has been taken place involving my Assets, Royalties and mineral rights, but allso against the constent enterferance with my International investagation on International Fraud and Identity thieft.

    It seems As if every time I make head-way in my case, Im thrown in jail and my rights As A Ambassador of Peace and Indigenous National, with British Souvirnty are ignored.

    Date 04-02-2024
    {URH}PRINCEGEORGECROWLINGJENNINGS
    4/02/24

{URH} PRINCE GEORGE CROWLING JENNINGS #26785
300 East 4th Street
Monahans TX 79756

ATTN:
Court clerk's
Office

~Legal
mail~

INDIGENT

Federal court house

410 south Cedar street
Pecos TX 79772

RECEIVED
APR 0 8 2024
CLERK U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

SCREENED BY CSO
APR 0 8 2024

US POSTAGE PITNEY BOWES
ZIP 79756 $ 000.64⁰
02 7W
0008028029 APR 04 2024

FIRST-CLASS
MIDLAND TX
797 PM 1
04 APR 2024