UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | |
|---|---|
| PRINCE GEORGE CROWLING JENNINGS § | |
| § | |
| vs. § | NO:  PE:24-CV-00018-DC |
| § | |
| WARD COUNTY § | |

## FINAL JUDGMENT

On this day, the Court entered an Order granting Plaintiff's Motion to Voluntarily Dismiss and dismissing Plaintiff's Civil Rights Complaint filed pursuant to 42 U.S.C. §1983. The Court now enters its final judgment under Rule 58 of the Federal Rules of Civil Procedure.

Accordingly, it is hereby **ORDERED** that Plaintiff's Motion to Voluntarily Dismiss is **GRANTED**. [docket number 4].

It is further **ORDERED** that Plaintiff's Civil Rights Complaint filed pursuant to 42 U.S.C. §1983, is **DISMISSED *WITHOUT* PREJUDICE**. [docket number 1].

It is finally **ORDERED** that all other pending motions, if any, are **DENIED AS MOOT**, with the parties bearing their own costs.

It is so **ORDERED**.

SIGNED this 16th day of April, 2024.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE